

**THE TEMPUR-CONTOUR DIFFERENCE**

The TEMPUR-Contour collection features a deeply responsive layer for contouring comfort, and