# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| TEMPUR SEALY INTERNATIONAL, INC., | ) | (Filed Electronically) |
| TEMPUR-PEDIC INTERNATIONAL, INC., | ) | |
| TEMPUR-PEDIC MANAGEMENT, LLC., | ) | |
| TEMPUR-PEDIC NORTH AMERICA, LLC, | ) | |
| And DAN-FOAM APS, | ) | |
| | ) | |
| PLAINTIFFS | ) | Civil Action No. 5:16-cv-83 |
| | ) | |
| v. | ) | Judge Joseph Hood |
| | ) | |
| WONDERGEL, LLC, and | ) | |
| EDIZONE, LLC dba PURPLE | ) | |
| | ) | |
| DEFENDANTS | ) | |

## DEFENDANTS' JOINT NOTICE OF APPEAL

Notice is hereby given that the Defendants WonderGel, LLC and EdiZONE, LLC hereby appeal to the United States Court of Appeals for the Sixth Circuit from this court's Memorandum Opinion and Order denying Defendants' Motion to Dismiss and granting Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction (DN 41) entered in this action on the 1st day of April, 2016 and that supplemented the court's oral rulings announced at the hearing on March 30, 2016, as well as a related but separate contemporaneous order (DN 40) also filed on the 1st day of April, 2016 that also denied Defendants' Motion to Dismiss and granted Plaintiffs' Motion for a temporary restraining order and preliminary injunction.  Defendants are entitled to bring this appeal now pursuant to 28 USC § 1292(a).

Respectfully submitted,

  /s/ Judd R. Uhl
Judd R. Uhl (89578)
Katherine L. Kennedy (92606)
R. Morgan Salisbury (94922)
Lewis, Brisbois, Bisgaard and Smith, LLP
909 Wright's Summit Parkway, Suite 230
Ft. Wright, KY 41011
(859) 663-9830 / (859) 663-9829 (Fax)
judd.uhl@lewisbrisbois.com
kate.kennedy@ lewisbrisbois.com
morgan.salisbury@lewisbrisbois.com
*Attorneys for Defendants WonderGel, LLC and EdiZONE, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12th, 2016, a true copy of the foregoing was electronically filed, serving on all counsel presently of record.

/s/ Judd R. Uhl
Judd R. Uhl (89578)