Case No. 16-5455

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

TEMPUR SEALY INTERNATIONAL, INCORPORATED; TEMPUR-PEDIC INTERNATIONAL, INC.; TEMPUR-PEDIC MANAGEMENT, LLC; TEMPUR-PEDIC NORTH AMERICA, LLC; DAN-FOAM APS

Plaintiffs - Appellees

v.

WONDERGEL, LLC; EDIZONE, LLC, dba Purple

Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 27, 2016